# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kelly M. Huffman, | ) | |
| | ) | Case No. 1:21-cr-205 |
| Defendant. | ) | |

On November 15, 2021, defendant filed a Notice of Substitution of Counsel. (Doc. No. 28). Therein he advises that he has retained attorney Alexander Reichert. Accordingly, attorney Alexander Reichert shall be substituted as counsel of record for defendant. Attorney Jesse Walstad, who had previously been appointed to represent defendant in this matter, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court